IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

AMY SUE HINKLE

    Plaintiff,

v.                            CIVIL ACTION NO. 2:17-02807

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Tinsley submitted to the court his Proposed Findings and Recommendation ("PF&R") on August 31, 2018, in which he recommended that the court deny the plaintiff's memorandum in support of judgment on the pleadings to the extent plaintiff seeks remand pursuant to sentence four of 42 U.S.C. § 405(g); grant defendant's brief in support of the Commissioner's decision; affirm the final decision of the Commissioner; and dismiss this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Tinsley's Proposed Findings and Recommendation. The failure of any party to file such objections within the time allowed constitutes a

waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Tinsley as follows:

1. Plaintiff's Memorandum in Support of Judgment on the Pleadings is **DENIED** to the extent she seeks remand pursuant to sentence four of 42 U.S.C. § 405(g);

2. Defendant's Brief in Support of the Commissioner's Decision is **GRANTED**;

3. The final decision of the Commissioner is **AFFIRMED**; and

4. The Clerk is directed to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 19th of September, 2018.

ENTER:

David A. Faber
Senior United States District Judge